IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BRIAN KRZYSIK, )<br>)<br>Defendant. ) | No. 12-04033-01-CR-C-BCW |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt Whitworth, to which no objection has been filed, the plea of guilty to Counts 2 and 3 of the Indictment is now accepted. Defendant is adjudged guilty of such offense. Sentencing is set for August 26, 2013.

                                                                                s/ BRIAN C. WIMES
                                                                                JUDGE BRIAN C. WIMES
                                                                                UNITED STATES DISTRICT COURT

Dated:   August 26, 2013